IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PAUL ENOS and DAVID FREITAS**, individually and as Representatives of a Class of Participants and Beneficiaries on Behalf of the Adidas Group 401(k) Savings and Retirement Plan,<br><br>      **Plaintiff,**<br><br>  v.<br><br>**ADIDAS AMERICA, INC.**,<br><br>      **Defendant.** | Case No. 3:19-cv-01073-YY<br><br>**JUDGMENT** |

Based on the Court's Order, ECF 82, adopting Judge You's Findings and Recommendation, ECF 74, IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss, ECF 67, is GRANTED and this action is DISMISSED with prejudice.

DATED this 30th day of November, 2021.

                                                 /s/ Karin J. Immergut
                                               Karin J. Immergut
                                               United States District Judge